**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v.

LAMIR BRADLEY

CRIMINAL ACTION
NO. 15-00550

### <u>ORDER</u>

**AND NOW**, this 28th day of December 2020, upon consideration of Lamir Bradley's Motion for Release (ECF No. 60) and Supplemental Motion for Release (ECF No. 66), and the Government's Response (ECF No. 70) and associated exhibit (ECF No. 71), it is **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1