**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>LAMIR BRADLEY | CRIMINAL ACTION<br>NO. 15-550 |

## **ORDER**

AND NOW, this 13th day of July, 2022, upon consideration of Lamir Bradley's *pro se* Motion for Reconsideration (ECF 77) and the Government's Response (ECF 79) and associated exhibit (ECF 81), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.