# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>LAMIR BRADLEY | CRIMINAL ACTION<br>NO. 15-550 |

## ORDER

**AND NOW**, this 18th day of September 2024, upon consideration of Lamir Bradley's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 48) and the Government's Revised Response (ECF No. 86), it is **ORDERED** that the Motion is **DENIED**.

It is further **ORDERED** that:

1. Bradley's Motion for Appointment of Counsel (ECF No. 55) is **DENIED**.

2. Bradley's Motion to Alter or Amend a Judgment under Rule 59(e) (ECF No. 69) is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.